IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID ANTOINE STOKES          :
                              :
        v.                    :   CIVIL ACTION NO. L-00-3133
                              :
HAZEL LEE (LEASING AGENT)     :
LENA PENN                     :
NORTHWOOD ASSOC.              :
                        ..oOo..

**O R D E R**

In accordance with the foregoing Memorandum, IT IS this ____ day of October, 2000, by this Court ORDERED that:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Paper No. 2) IS GRANTED;

2. This matter BE and the same IS hereby DISMISSED for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3);

3. The Clerk of the Court CLOSE this case; and

4. The Clerk of the Court MAIL a copy of this Order, together with the foregoing Memorandum, to the plaintiff *pro se*.

_____
Benson Everett Legg
United States District Judge