IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID ANTOINE STOKES       :
                           :
         v.                :   CIVIL ACTION NO. L-00-3133
                           :
HAZEL LEE, ET AL.          :
              ..oOo..

**O R D E R**

On October 23, 2000, this case was dismissed for lack of subject matter jurisdiction. On that same date, the plaintiff filed an amended complaint and, on October 31, 2000, Stokes filed a request for reconsideration of the dismissal of his action. (Paper Nos. 6 & 7.)

The Court has read the documents and sees no reason to alter its prior decision. Plaintiff's complaint, wherein he alleges that the defendants have failed to cure certain defects in his rented apartment, does not present a federal question for review. Stokes is, of course, free to raise his claims in the Maryland courts should he so choose.

Accordingly, IT IS this 6TH day of November, 2000, by this Court hereby ORDERED that:

1.   Plaintiff's motion for reconsideration (Paper No. 7) IS DENIED; and

2.   The Clerk of the Court MAIL a copy of this Order to the plaintiff *pro se*.

_____
Benson Everett Legg
United States District Judge